124 F.3d 186
 John Fay, Jr.
v.
Mr. Price, Superintendent, S.C.I. Greene, Pennsylvania
Department of Corrections, Commissioner of Corrections, Pa.
Dept. of Correction, Attorney General of Commonwealth of
Pennsylvania, Sheriff, Cambria County, Pa., Deputy Sheriffs,
Cambria County, Pa., Deputy Sheriffs Washtenaw County,
Michigan, Deputy Sheriffs, Washtenaw County, Michigan,
Superintendent, Sci-Pittsburgh, Records Officer,
Sci-Pittsburgh, Superintendent, Sci-Huntingdon,
 NO. 97-3060
 United States Court of Appeals,
Third Circuit.
 July 24, 1997
 
 Appeal From: W.D.Pa. ,No.95cv00239J ,
 Smith, J.
 
 
 1
 Affirmed.